E-FILED
Monday, 20 June, 2022  09:27:27 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| JANIS SHUMWAY, Individually, | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | :   **Case No. 4:21-cv-04159-SLD-JEH** |
| | : |
| RAJVRAJ LLC d/b/a KEWANEE MOTOR LODGE, an Illinois Limited Liability Company, | : |
| | : |
| | : |
| **Defendant.** | : |
| _____/ | |

**NOTICE TO COURT**

Undersigned counsel hereby notifies this Court that, despite repeated attempts, they continue to be unable to reach Plaintiff Shumway and are therefore unable to communicate with her. As such, undersigned counsel is hesitant unable to file any motions on Plaintiff's behalf. However, strictly in my capacity as officer of this Court, I suggest that judicial economy would best be served if the Court dismisses this case without prejudice.

Respectfully submitted,

June 20, 2022

Attorney for Plaintiff:

By: /s/ Kimberly A. Corkill, Esq.

Kimberly A. Corkill, Of Counsel
Thomas B. Bacon, P.A.
7 N. Coyle Street
Pensacola, FL 32502
ph. 850-375-3475
fx 877-828-4446
kimberlyatlaw@gmail.com
Florida Bar Id. No. 84942

1

Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (850)375-3475
kimberlyatlaw@gmail.com
Florida Bar. Id. No. 139262

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2022, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF System, which will send notice of such filing to all counsel of

record.

By: /s/ Kimberly A. Corkill, Esq.