E-FILED
Friday, 22 July, 2022  09:24:13 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| JANIS SHUMWAY, Individually,      : | |
|      : | |
|     **Plaintiff,**      : | |
|      : | |
| v.      : | **Case No. 4:21-cv-04159-SLD-JEH** |
|      : | |
| RAJVRAJ LLC d/b/a KEWANEE MOTOR      : | |
| LODGE, an Illinois Limited Liability      : | |
| Company,      : | |
|      : | |
|     **Defendant.**      : | |
| _____/ | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff, JANIS SHUMWAY, and, pursuant to Rule 41(a)(1)(A)(i), *Fed.R.Civ.P.*, hereby files this Notice of Voluntary Dismissal Without Prejudice, and states:

1.　Plaintiff filed this action on September 23, 2021.  *See* DE 1.

2.　Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides:

> (a) Voluntary Dismissal
>
> > (1) By the Plaintiff
> >
> > > (A) Without a Court Order. Subject to [certain Rules and statutes inapplicable here], the plaintiff may dismiss an action without a court order by filing:
> > >
> > > > (i) a notice of dismissal before the opposing party serves an answer or a motion for summary judgment . . . .

Fed. R. Civ. P. 41(a)(1)(A)(i).

3.　As of the date of this filing, Defendant, RAJVRAJ LLC d/b/a KEWANEE MOTOR LODGE, has not filed an answer or a motion for summary judgment.

4.　Plaintiff therefore files this Notice of Voluntary Dismissal Without Prejudice.

1

WHEREFORE Plaintiff and her counsel hereby give notice that the above-styled action is voluntarily dismissed, without prejudice against Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this July 22, 2022.

Respectfully submitted,

Attorney for Plaintiff(s):

By: /s/ Kimberly A. Corkill, Esq.

Kimberly A. Corkill, Of Counsel
Thomas B. Bacon, P.A.
7 N. Coyle Street
Pensacola, FL 32502
ph. 850-375-3475
fx 877-828-4446
kimberlyatlaw@gmail.com
Florida Bar Id. No. 84942

Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (850)375-3475
kimberlyatlaw@gmail.com
Florida Bar. Id. No. 139262